IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**WARREN D. WAMSLEY**,

      **Petitioner**,

v.                                                 **Civil Action no. 2:07cv41**

**THOMAS McBRIDE,**

      **Respondent.**

## ORDER GRANTING MOTION TO SEAL

The respondent[1] having moved the Court, pursuant to the E-Government Act of 2002, to file documents under seal herein, more specifically, Exhibits 1 through 20 (with attachments) of respondent's Memorandum in Support of his Motion for Summary Judgment, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the respondent's Motion, it is accordingly

**ORDERED** that the Motion (Doc. 18) be **GRANTED** and that Exhibits 1-20 (with attachments) of respondent's Memorandum in Support of his Motion for Summary Judgment, currently lodged with the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the records herein.

The Clerk is directed to provide a copy of this Order to the *pro se* petitioner and counsel of record.

---

[1] The respondent in this matter is the Warden of Mount Olive Correctional Center. At the time the petition was filed Thomas McBride was the Warden. The current Warden is David Ballard..

DATED: December 21, 2007.

**IT IS SO ORDERED.**

  /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE