**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**WARREN D. WAMSLEY,**

       **Petitioner**,

**v.**                                      **Civil Action no. 2:07cv41
(Judge Maxwell)**

**DAVID BALLARD, Warden,
Mount Olive Correctional Center,**

       **Respondent.**

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME

On January 22, 2008, the petitioner filed a Motion for an Extension of Time within which to file a reply to the respondent's Answer and Motion for Summary Judgment. For good cause shown therein, the petitioner's Motion (Doc. 48) is **GRANTED** and it is hereby

**ORDERED** that the petitioner shall have up to and including February 15, 2008, to file his reply.

**IT IS SO ORDERED.**

The Clerk of the Court is directed to send a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, at his last known address as reflected on the docket sheet. In addition, the Clerk of the Court shall provide a copy to counsel of record as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: January 23, 2008.

                                                                   /s/ James E. Seibert
                                                                     JAMES E. SEIBERT
                                                                     UNITED STATES MAGISTRATE JUDGE